**EXHIBIT**

**1**



This is to certify that this is a reproduction, from the
company's records, of the insurance policy between the
insured and the insuring company as described on the
Declarations Page.   It is a full, true and complete
reproduction of the insurance policy.   No additional
insurance is afforded by this copy.

Signature:

Date: 10.12.2023



**TRAVELERS**

## Condominium Policy Continuation Declarations

**Named Insured and Mailing Address**
AHMAD IRSHAD
1921 HUNTING LAKE CT
KIRKWOOD, MO 63122-5218

**Your Agency's Name and Address**
R T THOMAS INSURANCE LLC
8131 DELMAR BLVD
SAINT LOUIS, MO 63130

**Residence Premises**
1921 HUNTING LAKE CT
KIRKWOOD, MO 63122-5218

**Mortgagee Name and Address**

1.  GREAT SOUTHERN BANK
    ISAOA
    PO BOX 3106
    COPPELL, TX 75019-7001
    LOAN NUMBER: 1700042089

### Policy Information

| | | | |
|---|---|---|---|
| **Your Policy Number** | 609571636 636 1 | **For Policy Service** | 1.314.725.5535 |
| **Your Account Number** | 609571636 | **For Claim Service** | 1.800.252.4633 |

**Your Insurer:**   TRAVELERS PERSONAL INSURANCE COMPANY
a subsidiary or affiliate of The Travelers Indemnity Company
One Tower Square, Hartford, CT 06183

**The policy period is from June 23, 2022 at 12:01 A.M. STANDARD TIME to June 23, 2023 at 12:01 A.M. STANDARD TIME at the residence premises.**

| Total Premium for this Policy: | $687.00 |
|---|---|
| This is not a bill. The mortgagee will be billed separately for this policy. | |

### Discounts

The following discounts reduced your premium:

| | | |
|---|---|---|
| Early Quote | Loss Free | Good Payer |
| Fire Protective Device | | |

### Savings Reflected in Your Total Premium:                              $309.00

### Coverages and Limits of Liability

| Property Coverage Section | Limit |
|---|---|
| Coverage A – Dwelling | $178,189 |
| Coverage C – Personal Property | $103,900 |
| Coverage D – Loss of Use | $51,950 |

| Liability Coverage Section | Limit |
|---|---|
| Coverage E – Personal Liability - Bodily Injury and Property Damage (each occurrence) | $500,000 |
| Coverage F – Medical Payments to Others (each person) | $2,000 |



## Deductibles

| Peril Deductible | Deductible |
|---|---|
| Property Coverage Deductible (All Perils) | $500 |

*In case of loss under the Property Coverage Section, only that part of the loss over
the applicable deductible will be paid (up to the coverage limit that applies).*

## Special Limits and Additional Coverages
### Coverage Level: Travelers Protect®

*The limit shown for each of the
Special Limits of Liability and Additional Coverages
is the total limit for each loss in that category.*

### Personal Property – Special Limits of Liability

| | | Limit |
|---|---|---|
| a. | Money, bank notes, coins, stored value cards | $250 |
| b. | Securities, accounts, passports, tickets, stamps | $1,500 |
| c. | Comic books and trading cards | $1,000 |
| d. | Collectibles, figurines, glassware, marble, porcelains, statuary | $1,000 |
| e. | Theft of jewelry, watches, precious stone | $1,500 |
| f. | Theft of furs | $1,500 |
| g. | Theft of silverware, goldware, pewterware | $1,500 |
| h. | Theft of firearms and related equipment | $1,500 |
| i. | Theft of tools and their accessories | $1,500 |
| j. | Theft of rugs, tapestries and wall hangings | $1,500 |
| k. | Business property on the residence premises | $3,000 |
| l. | Business property away from the residence premises | $1,500 |
| m. | Trailers or semitrailers not used with watercraft | $1,500 |
| n. | Motor vehicle parts or equipment not attached to motor vehicle | $500 |
| o. | Electronic apparatus while in or upon a motor vehicle or watercraft | $1,500 |

*The Special Limits of Liability do not increase your Coverage C – Personal Property Limit.*

### Property – Additional Coverages

| | Limit |
|---|---|
| Debris Removal (Additional % of damaged covered property limit) | 5% |
| Tree Removal | Per Tree $500 Per Loss $1,000 |
| Trees, Shrubs and Other Plants | Per Tree $500 Per Loss $5,195 |
| (5% of Coverage C - Personal Property Limit) | |
| Fire Department Service Charge | $500 |
| Credit Card, Fund Transfer, Forgery and Counterfeit Money | $1,000 |
| Loss Assessment | $5,000 |
| Landlord Furnishings | $2,500 |
| Ordinance or Law (10% of Coverage A - Dwelling Limit) | $17,819 |
| Personal Records and Data Replacement | $1,500 |
| Limited Fungi or Other Microbes Remediation | $5,000 |

*The applicable policy deductible applies unless otherwise noted.*



| Named Insured | AHMAD IRSHAD | Policy Number | 609571636 636 1 |
|---|---|---|---|
| Policy Period | June 23, 2022 to June 23, 2023 | Issued On Date | May 4, 2022 |

### Liability – Additional Coverages
| | **Limit** |
|---|---|
| Damage to Property of Others | $1,000 |
| Loss Assessment | $5,000 |

*Please review your policy for other Personal Property Special Limits of Liability and Additional Coverages that may apply.*

## Optional Coverages and Packages

| **Optional Coverages** | **Endorsement** | **Limit** | **Premium** |
|---|---|---|---|
| Personal Injury Coverage | HQ-082 CW (02-19) | | $16.00 |
| Personal Property Replacement Cost Loss Settlement | HQ-290 MO (02-21) | | Included* |

| **Optional Packages** | **Endorsement** | **Limit** | **Premium** |
|---|---|---|---|
| **Enhanced Water Package** | | | Included* |
| Water Back Up and Sump Discharge or Overflow Coverage | HQ-208 CW (08-20) | $10,000 | |
| Limited Hidden Water or Steam Seepage or Leakage Coverage | HQ-209 CW (08-18) | $10,000 | |

***Note:** The additional cost or premium reduction for any optional coverage or package shown as "Included" is contained in the Total Policy Premium Amount.*

## Required Forms and Endorsements Included in Your Policy:          Form: 636

| | |
|---|---|
| Policy Quick Reference | HQ-T77 CW (05-17) |
| Agreement, Definitions & Policy Conditions | HQ-D77 CW (05-17) |
| Property Coverage Section | HQ-P06 CW (02-19) |
| Liability Coverage Section | HQ-L77 CW (05-17) |
| Signature Page | HQ-S99 CW (05-17) |
| Special Provisions - Missouri | HQ-300 MO (01-22) |
| Property and Casualty Insurance Guaranty Association Notification of Coverage Limitations - Missouri | HQ-393 MO (05-17) |
| Additional Benefits | HQ-860 CW (08-18) |

**The Declarations along with the Optional Coverages, Optional Packages and Required Forms and Endorsements listed above form your Condominium Insurance Policy. Please keep these documents for reference.**

Issued on 05-04-2022

## For Your Information

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com or call our toll free telephone number 1-866-904-8348. You may also request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.



We want to make sure we are using accurate information to rate your policy.  Because you are the most familiar with your home we need your help to make sure that the information on your Declarations is accurate and complete.  If any of the information on your Declarations has changed, appears incorrect or is missing, please advise your agent or Travelers representative.    We also need you to check our website at www.mytravelers.com/discounts to ensure that you are receiving all of the discounts for which you are eligible. Once at the website, type in your policy number 6095716366361 and product code QH2 to view all available discounts.  Should you have any questions about the information on your Declarations or your discounts, please call your agent or Travelers representative.

Coverage for your condo and personal property has been increased by 3.900% to reflect the estimated cost to replace your condo and property. This increase is based on a Consumer Price Index. If you believe the renewal coverage limit is not appropriate, please contact your Travelers representative or agent to help you decide the appropriate amount of insurance for your personal property and process any necessary adjustments.

IMPORTANT NOTICE: Please be aware this policy does not provide for direct loss from flood.

We use Insurance Score as one factor in determining the premium on our policies.  If you would like to have your Insurance Score updated, please call 1.314.725.5535.