**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DR. AHMAD IRSHAD, | ) | |
| | ) | Case No.: 4:23-cv-01485 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| THE TRAVELERS INDEMNITY | ) | |
| COMPANY d/b/a TRAVELERS | ) | |
| PERSONAL INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ENTRY OF APPEARANCE**

COMES NOW Robert L. Brady of Watters, Wolf, Bub & Hansmann LLC, and hereby

enters his appearance as counsel of record to be noticed on behalf of Defendant, Travelers Personal

Insurance Company.

**WATTERS, WOLF, BUB & HANSMANN, LLC**

*/s/ Robert L. Brady*
Robert L. Brady, #47522MO
600 Kellwood Pkwy., Suite 120
St. Louis, MO 63017
(636) 798-0570 – Phone
(636) 798-0693 – Fax
rbrady@wwbhlaw.com
***Attorney for Defendant***

**CERTIFICATE OF SERVICE**

The undersigned certifies on this 19th day of January, 2024, the foregoing was
electronically filed with the Clerk of the Court via the Court's CM/ECF system, which served
notice of filing to all counsel of record.

*/s/ Robert L. Brady*

1

#31008863 v1